CAULER, B.

v.

SCSC (PA Liquor Control Board)

5 CD 2017

Commonwealth Court of Pennsylvania.

09/25/2017

State Civil Service Commission, Appeal No. 28667

Affirmed

ROGERS, K.

v.

UCBR

1238 CD 2016

Commonwealth Court of Pennsylvania.

09/26/2017

Unemployment Compensation Board of Review, B–590079

Affirmed

JORDAN, D.

v.

DOC, et al.

416 MD 2016

Commonwealth Court of Pennsylvania.

09/25/2017

Original Jurisdiction, Original Jurisdiction

Dismissed

DESHIELDS, R

v.

DOC

784 CD 2016

Commonwealth Court of Pennsylvania.

9/27/2017

Greene County Civil Division; 542 A.D. 2015

Vacated/Remanded